

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2020

No. 04-20-00439-CV

**IN RE UNIVERSITY OF TEXAS AT SAN ANTONIO**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI10989
Honorable Rosie Alvarado, Judge Presiding

Original Mandamus Proceeding[1]

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Beth Watkins, Justice

On September 9, 2020, relator filed a petition for writ of mandamus and a motion for temporary relief pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than September 30, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for temporary relief is GRANTED. The trial court's August 27, 2020 order granting in part the real party in interest's motion to compel is STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** September 16, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2019CI10989, styled *Jake R. Trevino v. University of Texas at San Antonio*, pending in the 224th Judicial District Court, Bexar County, Texas. The Honorable Rosie Alvarado, sitting by assignment, signed the order at issue in this original proceeding.